IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Casey R. Badwan,

Plaintiff(s),

v.

Wells Fargo Bank, N.A.,

Defendant(s).

Case No. 1:21-cv-04666
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of the defendant, Wells Fargo Bank, N.A.

This action was *(check one)*:

☐ tried by a jury with Judge   presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion to dismiss plaintiff's complaint [21].

Date: 4/12/2022

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk